IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| HOSEY ALLEN, | ) | Civil Action File No.: |
| | ) | |
| Plaintiff, | ) | _____ |
| | ) | |
| v. | ) | |
| | ) | |
| HARRELL, DANKO, DANIELS, WILLIS, | ) | **NOTICE OF REMOVAL** |
| ROSS, JENKINS, COWELL, GEETINGS, | ) | |
| SEYMORE, KUNTZ, STERNS, GIST, | ) | |
| DELAGEL, ELLISON, TRAVIS, | ) | |
| SERINOLD, CAULIE, BELL, GILMORE, | ) | |
| BRINSON, GAMBLE, SEARS, | ) | |
| DAGGETT, WIDENER, MELDRUM, | ) | |
| PRESCOTT, McDANIELS, AKERS, | ) | |
| KIRBY, HOLMES, HARRIS, REED, | | |
| BUSBY, FERN, | | |

Defendants.

TO: THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

NOW COME the defendants NICOLE HARRELL, JOEL DANKO, and KENNETH DANIELS, pursuant to 28 U.S.C. §§ 1441 and 1446, and give notice to this Court, to the Clerk of the Superior Court of Richmond County, Georgia, and to the plaintiff and remaining parties of the removal of that certain cause of action commenced in the Superior Court of Richmond County, Georgia and being styled "Hosey Allen v. Captain Harrell, Captain Danko, and Captain Daniels, et al.," Civil Action No. 2025RCCV00541 (the "State Court Action") and respectfully show the Court as follows:

1. The plaintiff has filed a Complaint against the defendants in the Superior Court of Richmond County, Georgia, being styled Civil Action No. 2025RCCV00541.

{02229017-1}

2. The plaintiff filed his Complaint and Summonses to Captain Danko, Captain Harrell and Captain Daniels in the Superior Court of Richmond County, Georgia on July 7, 2025. In accordance with 28 U.S.C. § 1446 (b)(1), a true and correct copy of the entire State Court Action file, including all process, pleadings and orders, is attached as Exhibit A. No other process, pleadings, or orders have been received by these defendants in this action.

3. The earliest date of any defendant having knowledge of the existence of the State Court Action was August 11, 2025, when the undersigned counsel informed Defendants Harrell, Danko, and Daniels of the filing of the State Court Action.

4. To date, no named defendants in the State Court Action have been served with a summons and the Complaint in the State Court Action.

5. Pursuant to 28 U.S.C. § 1446 (b), removal is timely as evidenced by the signature of undersigned counsel for Defendants Harrell, Danko and Daniels (the "Defendants") within thirty (30) days of the Defendants otherwise receiving notice of the existence of the State Court Action.

6. The United States District Court for the Southern District of Georgia, Augusta Division, is the federal judicial district that includes Richmond County, where the State Court Action was originally filed. See 28 U.S.C. § 90 (c)(1). Venue, therefore, is proper in this District and Division pursuant to 28 U.S.C. § 1441(a).

7. In his Complaint, the plaintiff alleges that he brings claims under the Eighth Amendment to the United States Constitution.

8. Original subject matter jurisdiction over the plaintiff's claim exists in this Court under the provisions of 28 U.S.C. § 1331. Accordingly, this claim may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. The plaintiff's Complaint also contains state law claims under provisions of Georgia law. These state law claims are so related to the plaintiff's claims arising under the laws of the United States that they form part of the same case or controversy under Article III of the United States Constitution. Supplemental jurisdiction over these state law claims thus exists in this Court under the provisions of 28 U.S.C. § 1367(a). Accordingly, these claims may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1367, 1441, and 1446.

10. Counsel for the Defendants hereby certifies that this Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, the Defendants pray that the above-referenced action now pending against them in the Superior Court of Richmond County, Georgia be removed to the United States District Court for the Southern District of Georgia, Augusta Division. The Defendants expressly consent to the removal in accordance with applicable law.

This 21st day of August, 2025.

/s/ *Davis A. Dunaway*
Davis A. Dunaway
Georgia Bar No. 232902

*Attorney for Defendants Harrell, Danko and Daniels*

OF COUNSEL:
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 telephone
(706) 722-9779 facsimile
ddunaway@hullbarrett.com

{02229017-1}

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the NextGen CM/ECF and served upon the parties of record, by depositing a copy of the same in the United States Mail with proper postage affixed thereto to ensure proper delivery to the following:

Hosey Allen<br>
Charles B. Webster Detention Center<br>
1941 Phinizy Road<br>
Augusta, Georgia 30906

This 21st day of August, 2025.

                                        /s/ *Davis A. Dunaway*
                                        Davis A. Dunaway